UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE HILL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANK LOPEZ, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-01808-APG-VCF<br><br>**ORDER DISMISSING CASE** |

Plaintiff Rickie Hill a pro se prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint. I dismissed the complaint and gave Hill leave to amend the complaint. ECF No. 3.

Hill has filed a "Motion to Withdraw," which I construe as a motion to voluntarily dismiss this action without prejudice. ECF No. 5. A plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). I grant Hill's motion to voluntarily dismiss this action because no responsive pleading has been filed.

I THEREFORE ORDER that the motion for voluntary dismissal of this action **(ECF No. 5) is granted.** This action is dismissed without prejudice.

I FURTHER ORDER that the application to proceed *in forma pauperis* **(ECF No. 1-1) is denied as moot.**

/ / / /

/ / / /

/ / / /

I FURTHER ORDER the Clerk of the Court to enter judgment accordingly and close this case. No further documents shall be filed in this closed case.

DATED THIS 2nd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

2